IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DELLWAYNE PRICE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:22-cv-00303-MTT-CHW |
| | : | |
| Warden TAMARSHEE SMITH, *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

**ORDER**

Pending before the Court is p*ro se* Plaintiff Dellwayne Price's "declaration for entry of default" (Doc. 26), wherein he requests that default be entered against Defendants Smith, Hatcher, and Holt for not answering his complaint. As permitted under Rule 12 of the Federal Rules of Civil Procedure, Defendants filed a timely, pre-answer motion to dismiss (Doc. 12) in response to Plaintiff's complaint. Because Defendants have responded to Plaintiff's complaint as instructed by filing a motion to dismiss, they are not subject to the entry of a default for failing to file an answer. Plaintiff's request for entry of default (Doc. 26) is **DENIED**.

**SO ORDERED**, this 20th day of June, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge