IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DELLWAYNE PRICE, | * |
| Plaintiff, | * |
| v. | Case No. 5:22-cv-303-MTT |
| | * |
| Warden TAMARSHE SMITH, et al, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 21, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk